MORGAN, LEWIS & BOCKIUS LLP
L. JULIUS M. TURMAN, State Bar No. 226126
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

MATTHEW S. MENZIE, State Bar No. 211404
mmenzie@morganlewis.com
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Attorneys for Defendant
PRUDENTIAL INSURANCE COMPANY OF AMERICA

**E-FILED 11/5/2010**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. CV 08-0865 GAF (PJWx)<br><br>**[PROPOSED] FINAL JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Gary A. Feess |

    Defendant Prudential Insurance Company of America ("Prudential" or "Defendant") filed a Motion For Summary Judgment on May 28, 2009. The matter was heard before this Court on June 22, 2009.

    The Court, having considered the parties' moving, opposing, reply and supplemental papers and the evidentiary record as a whole, concluded that all of Plaintiff's claims fail for the reasons provided in the Court's Order. Accordingly, the Court granted Defendant's Motion for Summary Judgment on all claims and Causes of Action. The Order Granting Defendant's Motion is attached hereto as Exhibit "A" and is hereby incorporated in its entirety by reference.

1
2 **NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND**
3 **DECREED**:
4 Judgment as to the claims asserted by Plaintiff shall be entered in favor of
5 Defendant and against Plaintiff Curtis Clark; the action of Plaintiff against
6 Defendant is dismissed in its entirety. Plaintiff shall take nothing on his action
7 against Defendant.
8 **IT IS SO ORDERED**.
9 Dated: November 4, 2010

_____
Hon. Gary A. Feess
Judge of the United States District
Court, Central District

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22016896.1

2

[PROPOSED] FINAL JUDGMENT ON
ORDER CASE NO. CV 08-0865 GAF (PJWX)